IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL DON HARRIS                                                                                    PLAINTIFF

vs.                                          Civil No. 2:23-cv-02147

MARTIN J. O'MALLEY,                                                                                   DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 3rd day of October 2024, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE